**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | 2:05-CR-439-RLH-(VCF) |
| LAWRENCE J. DAVIDSON, | ) ) ) | |
| Defendant. | ) | |

**ORDER OF FORFEITURE**

On May 30, 2012, defendant LAWRENCE J. DAVIDSON pled guilty to a Twenty-Four Count Criminal Indictment charging him in Counts One through Twenty with Mail Fraud in violation of Title 18, United States Code, Section 1341, and in Counts Twenty-One through Twenty-Four with Money Laundering in violation of Title 18, United States Code, Section 1957 and agreed to the forfeiture of property set forth in the Forfeiture Allegation of the Criminal Indictment and in the Plea Memorandum. Criminal Indictment, ECF No 2.

This Court finds that LAWRENCE J. DAVIDSON shall pay a criminal forfeiture money judgment of $932,802.00 in United States Currency to the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Sections 982(a)(2)(A) and (b)(1); and Title 21, United States Code, Section 853(p).

. . .

. . .

. . .

1  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United
2  States recover from LAWRENCE J. DAVIDSON a criminal forfeiture money judgment in the
3  amount of $932,802.00 in United States Currency.
4  DATED this  31st  day of      May        , 2012.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Elizabeth Baechler-Warren, Forfeiture Support Associate Paralegal, certify that the following individual was served with a copy of the foregoing (proposed) Order of Forfeiture on May 30, 2012, by the below identified method of service:

CM/ECF:

Shari L. Kaufman
Federal Public Defender
411 E Bonneville Suite 250
Las Vegas, NV 89101
Email: Shari_Kaufman@fd.org
Counsel for Defendant Lawrence J. Davidson

/s/ Elizabeth Baechler-Warren
Elizabeth Baechler-Warren
Forfeiture Support Associate Paralegal