FILED

SEP 1 0 2012

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                               DISTRICT OF NEVADA

8    UNITED STATES OF AMERICA,              )
                                            )
9                    Plaintiff,             )
                                            )
10         v.                               )        2:05-CR-439-RLH-(VCF)
                                            )
11   LAWRENCE J. DAVIDSON,                  )
                                            )
12   _____Defendant._____ )

13                              ORDER OF FORFEITURE

14       This Court found on May 31, 2012, that LAWRENCE J. DAVIDSON shall pay a criminal

15  forfeiture money judgment of $932,802.00 in United States Currency pursuant to Fed. R. Crim. P.

16  32.2(b)(1) and (2); Title 18, United States Code, Sections 982(a)(2)(A); and Title 21, United States

17  Code, Section 853(p). Criminal Indictment, ECF No. 2; Plea Memorandum, ECF No. 55; Order of

18  Forfeiture, ECF No. 56; Minutes of Change of Plea Proceedings, ECF No. 57.

19       THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United

20  States recover from LAWRENCE J. DAVIDSON  a criminal forfeiture money judgment in the

21  amount of $932,802.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and

22  (B); Title 18, United States Code, Sections 982(a)(2)(A); and Title 21, United States Code, Section

23  853(p).

24       DATED this _10_ day of _September_, 2012.

25

26
                                         _____
                                         UNITED STATES DISTRICT JUDGE